AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 31, 2021**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| REANNA C., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:20-CV-00131-JTR |
|  | ) |
|  | ) |
| ANDREW M. SAUL, Commissioner of Social Security | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 16) is DENIED.
Judgment is entered for Defendant

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____JOHN T. RODGERS_____ on motions for Summary Judgment (ECF Nos. 16 and 18).

Date:  March 31, 2021

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Melissa Orosco
_____
*(By) Deputy Clerk*

Melissa Orosco
_____